### *Jackson, ex dem. Rosekrans,* v. *Howd.*

THE affidavit of service was by the attorney on information from his clerk, that it had been duly made, according to an indorsement on the notice produced, made by the clerk who had quitted this state, and gone into *Connecticut,* where he then was.

*Per Curiam.* The affidavit is sufficient, and as full as the circumstances of the case would admit.